| | |
|---|---|
| 1 | CURTIS R. TINGLEY (SBN 112322) |
|   | ctingley@ropers.com |
| 2 | BRUCE C. PIONTKOWSKI (SBN 152202) |
|   | bpiontkowski@ropers.com |
| 3 | ROPERS, MAJESKI, KOHN & BENTLEY |
|   | 80 North First Street |
| 4 | San Jose, California 95113 |
|   | Telephone: (408) 287-6262 |
| 5 | Facsimile: (408) 918-4501 |

Attorneys for Defendants
GURU ELECTRIC, INC.; GARY SIDHU

*E-FILED - 10/3/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VERA and MANUEL ROSAS, | CASE NO.  C07-02250 RMW |
| Plaintiffs, | **STIPULATION AND ORDER** |
| v. | |
| GURU ELECTRIC, INC.; GARY SIDHU; and DOES 1-10, | |
| Defendants. | |

    Counsel for Plaintiffs, JUAN VERA and MANUEL ROSAS, and Defendants, GURU ELECTRIC, INC., and GARY SIDHU, hereby STIPULATE as follows:

    1.    Counsel for Plaintiffs and Defendants held a mediation teleconference with the mediator, Martin Dodd, on September 10, 2007;

    2.    There is currently pending discovery that must be completed prior to a meaningful mediation;

    3.    A mediation date has been tentatively scheduled for November 30, 2007, to allow time for the completion of required discovery;

    4.    The current deadline to complete the mediation session is November 2, 2007;

    5.    The current deadline will not allow for the completion of the necessary discovery;

    6.    Counsel agree that the current deadline of November 2, 2007, to complete mediation

1  should be extended to December 3, 2007, in light of the mediation date of November 30, 2007.

2      IT IS SO STIPULATED.

3  Dated: September 14, 2007      DAL, BON & WANG

4

5       By: /s/ Adam Wang
6           ADAM WANG
         Attorneys for Plaintiffs

7

8  Dated: September 11, 2007      ROPERS, MAJESKI, KOHN & BENTLEY

9

10      By: /s/ Bruce C. Piontkowski
11          BRUCE C. PIONTKOWSKI
         Attorneys for Defendants

12     I HEREBY CONSENT TO THE ABOVE STIPULATION.

13 Dated: September 12, 2007      FUTTERMAN & DUPREE

14

15      By: /s/ Martin H. Dodd
16          MARTIN H. DODD
         Mediator

17

18     I hereby attest that I have on file all holograph signatures for any signatures indicated by a
19 "conformed" signature (/s/) within this e-filed document.

20 Dated:    September 11, 2007      ROPERS, MAJESKI, KOHN & BENTLEY

21

22      By: /s/ Bruce C. Piontkowski
         BRUCE C. PIONTKOWSKI
         Attorneys for Defendants

23     GOOD CAUSE APPEARING, it is hereby ordered that the deadline to complete
24 mediation is December 3, 2007.

25     IT IS SO ORDERED.

26
27 Dated: ~~September~~ October 3, 2007      /s/ Ronald M. Whyte
         Honorable Ronald M. Whyte
         JUDGE OF THE U.S. DISTRICT COURT

28