1  CURTIS R. TINGLEY (SBN 112322)
   ctingley@ropers.com
2  BRUCE C. PIONTKOWSKI (SBN 152202)
   bpiontkowski@ropers.com
3  ROPERS, MAJESKI, KOHN & BENTLEY
   80 North First Street
4  San Jose, California 95113
   Telephone:  (408) 287-6262
5  Facsimile:  (408) 918-4501

6  Attorneys for Defendants
   GURU ELECTRIC, INC.; GARY SIDHU

*E-FILED - 11/29/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JUAN VERA and MANUEL ROSAS, | CASE NO.  C07-02250 RMW |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER** |
| v. | |
| GURU ELECTRIC, INC.; GARY SIDHU; and DOES 1-10, | |
| Defendants. | |

Counsel for Plaintiffs, JUAN VERA and MANUEL ROSAS, and Defendants, GURU ELECTRIC, INC., and GARY SIDHU, hereby STIPULATE as follows:

1.  Counsel for Plaintiffs and Defendants held a mediation teleconference with the mediator, Martin Dodd, on September 10, 2007;

2.  There is currently pending discovery that must be completed prior to a meaningful mediation;

3.  A mediation date was tentatively scheduled for November 30, 2007, to allow time for the completion of required discovery;

4.  The current deadline to complete the mediation session is December 3, 2007;

5.  The current deadline will not allow for the completion of the necessary discovery;

6.  Counsel agree that the current deadline of December 3, 2007, to complete mediation

RC1/5008589.2/LT2

**STIPULATION AND ORDER**
**C07-02250 RMW**

should be extended to January 31, 2008.

IT IS SO STIPULATED.

Dated: November 27, 2007　　　　　　　　DAL, BON & WANG

　　　　　　　　　　　　　　　　　　　　By: /s/ Adam Wang
　　　　　　　　　　　　　　　　　　　　　　ADAM WANG
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

Dated: November 27, 2007　　　　　　　　ROPERS, MAJESKI, KOHN & BENTLEY

　　　　　　　　　　　　　　　　　　　　By: /s/ Bruce C. Piontkowski
　　　　　　　　　　　　　　　　　　　　　　BRUCE C. PIONTKOWSKI
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

I HEREBY CONSENT TO THE ABOVE STIPULATION.

Dated: November 26, 2007　　　　　　　　FUTTERMAN & DUPREE

　　　　　　　　　　　　　　　　　　　　By: /s/ Martin H. Dodd
　　　　　　　　　　　　　　　　　　　　　　MARTIN H. DODD
　　　　　　　　　　　　　　　　　　　　　　Mediator

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated:　　November 27, 2007　　　　　　ROPERS, MAJESKI, KOHN & BENTLEY

　　　　　　　　　　　　　　　　　　　　By: /s/ Bruce C. Piontkowski
　　　　　　　　　　　　　　　　　　　　　　BRUCE C. PIONTKOWSKI
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

1    GOOD CAUSE APPEARING, it is hereby ordered that the deadline to complete

2 mediation is January 31, 2008.

3    IT IS SO ORDERED.

4 Dated: __11/29_____, 2007

*Ronald M. Whyte*
_____
Honorable Ronald M. Whyte
JUDGE OF THE U.S. DISTRICT COURT