CURTIS R. TINGLEY (SBN 112322)
ctingley@ropers.com
BRUCE C. PIONTKOWSKI (SBN 152202)
bpiontkowski@ropers.com
JONATHAN A. MCMAHON (SBN 239370)
jmcmahon@ropers.com
ROPERS, MAJESKI, KOHN & BENTLEY
80 North First Street
San Jose, California 95113
Telephone:    (408) 287-6262
Facsimile:    (408) 918-4501

Attorneys for Defendants
GURU ELECTRIC, INC.; GARY SIDHU

*E-FILED - 2/5/08*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VERA and MANUEL ROSAS,<br><br>Plaintiffs,<br><br>v.<br><br>GURU ELECTRIC, INC.; GARY SIDHU; and DOES 1-10,<br><br>Defendants. | CASE NO. C07-02250 RMW<br><br>**STIPULATION AND ORDER** |

Counsel for Plaintiffs, JUAN VERA and MANUEL ROSAS, and Defendants, GURU ELECTRIC, INC., and GARY SIDHU, hereby STIPULATE as follows:

1. There is currently pending discovery that must be completed prior to a meaningful mediation including, but not limited to, the depositions of Defendants and further requests for production of documents and things, requests for admissions and interrogatories;

2. The current deadline to complete the mediation session is January 31, 2008;

3. The current deadline will not allow for the completion of the necessary discovery;

4. Counsel agree that the current deadline of January 31, 2008, to complete mediation should be extended to March 31, 2008, in light of the need to postpone the mediation date to complete necessary discovery.

RC1/5008589.4/LT2

STIPULATION AND ORDER
C07-02250 RMW

IT IS SO STIPULATED.

Dated: January 29, 2008                     DAL, BON & WANG


                                            By: /s/ Adam Wang
                                                ADAM WANG
                                                Attorneys for Plaintiffs


Dated: January 25, 2008                     ROPERS, MAJESKI, KOHN & BENTLEY


                                            By: /s/ Jonathan A. McMahon
                                                JONATHAN A. MCMAHON
                                                Attorneys for Defendants


I HEREBY CONSENT TO THE ABOVE STIPULATION.

Dated: January 29, 2008                     FUTTERMAN & DUPREE


                                            By: /s/ Martin H. Dodd
                                                MARTIN H. DODD
                                                Mediator


I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated:    January 25, 2008                  ROPERS, MAJESKI, KOHN & BENTLEY


                                            By: /s/ Jonathan A. McMahon
                                                JONATHAN A. MCMAHON
                                                Attorneys for Defendants

///
///
///
///
///
///
///

RC1/5008589.4/LT2                    - 2 -                    STIPULATION AND ORDER
                                                              C07-02250 RMW

1     GOOD CAUSE APPEARING, it is hereby ordered that the deadline to complete

2 mediation is March 31, 2008.

3     IT IS SO ORDERED.

4 Dated: __2/5_____, 2008      *Ronald M. Whyte*
                                                                   Honorable Ronald M. Whyte

5                                                                    JUDGE OF THE U.S. DISTRICT COURT

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose