ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
SAN JOSE, CA 95113
Tel: (408) 292-1040
Fax: (408) 416-0248

Attorneys for Plaintiffs

CURTIS R. TINGLEY (SBN 112322)
ctingley@ropers.com
BRUCE C. PIONTKOWSKI (SBN 152202)
bpiontkowski@ropers.com
ROPERS, MAJESKI, KOHN & BENTLEY
80 North First Street
San Jose, California 95113

Attorneys for Defendants

*E-FILED - 5/22/08*

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| JUAN VERA AND MANUEL ROSAS, | Case No.: C07-2250 RMW |
|---|---|
| Plaintiffs, | STIPULATION TO DISMISS WITH PREJUDICE & ORDER THEREON |
| vs. | |
| GURU ELECTRIC, INC., GARY SIDHU, and DOES 1-10 | |
| Defendants | |

    Plaintiffs, Juan Vera and Manuel Rosas, and Defendants, Guru Electric, Inc., Gary Sidhu, through their respective counsel, hereby stipulate as follows:

    1.    Parties have reached a settlement with respect to the claims of the Plaintiffs Juan Vera And Manuel Rosas against Defendants Guru Electric, Inc., Gary Sidhu,.

    2.    As such, parties hereby stipulate to dismiss this action in its entirety with prejudice.

1    **C07-2250 RMW**

STIPULATION TO DISMISS
Vera v. Guru Electric Inc., et al.

1     3.    The Parties stipulate that this Court should retain its jurisdiction over this case for the purpose of enforcing the settlement agreement.

RESPECTFULLY SUBMITTED,

Dated: May 22, 2008     By:    /s/ ADAM WANG

    Adam Wang
    Attorney for Plaintiff

Dated: May 22, 2008

    By:    /s/ Bruce Piontkowski
    PIONTKOWSKI
    Attorney for Defendants

[ ORDER

Pursuant to party's stipulation, IT IS SO ORDERED.

Dated: May 22, 2008     _____
    Ronald M. Whyte
    United States District Judge